UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAQUOI YATES, as Personal Representative
of the Estate of KAYDEN BOOKER,
a deceased minor,

        Plaintiff,

Case No. 1:16-cv-155

Hon. Paul L. Maloney
United States District Judge

    v.

UNITED STATES OF AMERICA, et al.

        Defendants.
_____/

## ORDER DIMISSING WITHOUT PREJUDICE DEFENDANTS INTERCARE COMMUNITY HEALTH NETWORK AND PAMELA BRADSHAW

The Court, after reviewing the stipulation of the parties and being otherwise duly informed, states:

IT IS HEREBY ORDERED that Plaintiff's claims against InterCare Community Health Network and Pamela Bradshaw are dismissed, without prejudice, and without an award of costs, expenses, or fees to any party. InterCare Community Health Network and Pamela Bradshaw are dismissed as Defendants in this action.


Dated: May 27, 2016

/s/ Paul L. Maloney
HON. PAUL L. MALONEY
United States District Judge