UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAQUOI YATES, as Personal Representative
of the Estate of KAYDEN BOOKER,
a deceased minor,

        Plaintiff,

Case No. 1:16-cv-155

Hon. Paul L. Maloney
United States District Judge

    v.

UNITED STATES OF AMERICA et al.,

        Defendants.
_____/

## CERTIFICATE OF CONCURRENCE

The parties conferred by email regarding their Joint Motion to Extend Discovery Period and Amend Case Management Order on January 12, 2017, January 13, 2017, January 26, 2017 and February 2, 2017; Plaintiff's counsel authorized the filing of this Joint Motion on February 2, 2017. Both parties concur in the request for a 60-day extension of the discovery deadline as well as amendment of the remaining deadlines in the Case Management Order.

        Respectfully submitted,

        ANDREW BYERLY BIRGE
        Acting United States Attorney

Dated:   February 2, 2017        */s/ Ryan D. Cobb*
        RYAN D. COBB
        Assistant United States Attorney
        P.O. Box 208
        Grand Rapids, Michigan 49501-0208
        (616) 456-2404
        Ryan.Cobb@usdoj.gov
        Attorneys for Defendant