UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S‌HAQUOI Y‌ATES,

        Plaintiff,

v.

U‌NITED S‌TATES OF A‌MERICA,
 et al.,

        Defendants.
_____/

Case No. 1:16-cv-155

HONORABLE PAUL L. MALONEY

# ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action (ECF No. 64). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation is hereby APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the proposed settlement in the amount of $75,000.00 is APPROVED.

**IT IS FURTHER ORDERED** that Plaintiff's amended motion to request hearing to approve settlement and distribution of settlement proceeds (ECF No. 57) is GRANTED to the extent it seeks approval of the amount of the settlement and is DENIED in all other respects.

**IT IS FURTHER ORDERED** that Defendant is authorized to transfer the settlement proceeds to Plaintiff's counsel's client trust account where they will remain until distribution is ordered.

**IT IS FURTHER ORDERED** that Plaintiff shall file a motion to distribute the settlement proceeds by **October 25, 2017**.

Dated: September 27, 2017                    /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge