UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAQUOI YATES, as Personal Representative )
of the Estate of Kayden Booker, )
      Plaintiff, )
) No. 1:16-cv-155
-v- )
) Honorable Paul L. Maloney
UNITED STATES OF AMERICA, )
      Defendant. )
)

## JUDGMENT

The Court has approved the settlement in this lawsuit and also approved the distribution of the proceeds. Plaintiff's counsel shall receive $18,750.00. Plaintiff Yates shall receive the remainder of the settlement, $56,250. All pending claim have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: January 19, 2018             /s/ Paul L. Maloney
                         Paul L. Maloney
                         United States District Judge